1    TODD M LANDER (BAR NO. 173031)
     todd.lander@ffslaw.com
2    JOHN D. VAN ACKEREN (BAR NO. 240739)
     john.vanackeren@ffslaw.com
3    FREEMAN, FREEMAN & SMILEY, LLP
     1888 Century Park East, Suite 1900
4    Los Angeles, California 90067
     Telephone:  (310) 255-6100
5    Facsimile:  (310) 255-6200

6    Attorneys for Plaintiff GEMCAP
     LENDING I, LLC

7

8                  UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   GEMCAP LENDING I, LLC, a            Case No. CV-1306951 JFW (RZx)
     Delaware limited liability company,
12                                       Assigned to Hon. John F. Walter,
             Plaintiff,                  Courtroom 16
13
         vs.                             **NOTICE OF DISMISSAL OF FIRST
14                                       CLAIM FOR RELIEF**
     WESTERN FOODS DISTRIBUTION,
15   a Nevada limited liability company, Action File:    September 19, 2013
     JOHN MASE, an individual, JERRY A.  Trial Date:     None set
16   BROWN, an individual, FAINSBERT,
     MASE & SNYDER, a California
17   limited liability partnership, DAVID
     VALDEZ, an individual, MARIO
18   ERNST, an individual, MICHAEL
     GIGLIO, an individual, JAMIE
19   PURCELL, an individual, CFO911, a
     California entity of unknown form,
20   CHARLES DARGAN II, an individual,
     VEND CATERING SUPPLY, INC., a
21   California corporation, AMALFI
     CAPITAL GROUP, LLC, a Delaware
22   limited liability company, AMALFI
     JDM FORT WORTH, a limited liability
23   company, BERT FILTZER, an
     individual, ATHLONE GROUP, A.G.,
24   a Swiss corporation, JEFFERSON
     FINANCIAL, LLC, a limited liability
25   company, ACG FORT WORTH, LLC,
     a limited liability company, MJR FORT
26   WORTH, LLC, a limited liability
     company, PACIFIC EXCHANGE,
27   LLC, a limited liability company, SF
     FORT WORTH, LLC, a limited
28   liability company, QUADRELLE

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2052976.1

1  REALTY SERVICES, an entity of
   unknown form, DENNIS KALTHOFF,
2  an individual, and DOES 1-10,
   inclusive,
3
              Defendants.
4

5

6  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

7        PLEASE TAKE NOTICE that Plaintiff GemCap Lending I, LLC hereby

8  dismisses the First Claim for Relief in the Complaint for Civil RICO Violations

9  against all Defendants without prejudice in accordance with Rule 41(a)(1)(A)(i) of

10 the Federal Rules of Civil Procedure.  All other claims for relief in the Complaint

11 were dismissed by the Court without prejudice by Minute Order dated September

12 23, 2013.

13

14 DATED: September 25, 2013        FREEMAN, FREEMAN & SMILEY, LLP

15

16

17                                By:  _____/s/_____

18                                     TODD M LANDER
                                       JOHN D. VAN ACKEREN
19                                     Attorneys for Plaintiff GEMCAP
                                       LENDING I, LLC
20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100